# United States District Court
## *Southern District of Georgia*

Moran Towing Corporation

Plaintiff

v. M/V Kotor, IMO: 9575981

Defendant

Case No. 4:25-cv-00157-RSB-CLR

Appearing on behalf of : _____

Moran Towing Corporation, Plaintiff

(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, John Stephen Simms hereby requests permission to appear pro hac vice in the subject case filed in the Savannah Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, District of Maryland . *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates Thomas Langston Bass , Jr. as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This 28th day of June , 2025 .

John Stephen Simms

(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Thomas Langston Bass , Jr. , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This 30 day of June , 2025 .

041320
Georgia Bar Number

912-233-3399
Business Telephone

Signature of Local Counsel

Brennan, Harris & Rominger, LLP (Law Firm)
6001 Chatham Center Drive, Suite 310 (Business Address)
Savannah, GA 31405 (City, State, Zip)
P.O. Box 2784, Savannah, GA 31402-2784 (Mailing Address)
tlb@bhrlegal.com (Email Address)