# United States District Court
## Southern District of Georgia

Moran Towing Corporation
_____
Plaintiff

v.

M/V Kotor, IMO: 9575981
_____
Defendant

Case No. __4:25-cv-00157-RSB-CLR__

Appearing on behalf of
__Moran Towing Corporation, Plaintiff__
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __3rd__ day of __July__, __2025__.

*/s/ Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | John Stephen Simms |
| Business Address: | Simms Showers LLP |
| | Firm/Business Name |
| | 201 International Circle |
| | Street Address |
| | Suite 230 — Baltimore — MD — 21030 |
| | Street Address (con't) — City — State — Zip |
| | n/a |
| | Mailing Address (if other than street address) |
| | Address Line 2 — City — State — Zip |
| | 443-290-8704 — n/a |
| | Telephone Number (w/ area code) — Georgia Bar Number |
| Email Address: | jssimms@simmsshowers.com |