IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MORAN TOWING CORPORATION, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> M/V KOTOR, IMO: 9575981, its ) <br> engines, tackle, and apparel, ) <br> ) <br> **Defendant** *in rem*. ) <br> ) | IN ADMIRALTY <br><br> CIVIL ACTION FILE NO. <br> 4:25-cv-00157-RSB-CLR |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Tala Amirfazli of Burr & Forman LLP, without waiving any of her client's rights, objections or defenses in this matter and specially appearing pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, and hereby gives notice of her appearance as counsel in the above-styled action on behalf of Defendant *in rem* M/V KOTO, IMO: 9575981, its engines, tackle, and apparel (the "Vessel") and respectfully requests that from this point forward, all notices, correspondence, pleadings, orders and other matters relating to this action also be served upon her at the following address:

Tala Amirfazli
**Burr & Forman LLP**
1075 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30309

61503705 v1

Telephone: 404-815-3000
Facsimile: 404-817-3244
tamirfazli@burr.com

Respectfully submitted this 11th day of July, 2025.

/s/Tala Amirfazli
Tala Amirfazli
Georgia Bar No. 532890
tamirfazli@burr.com

**Burr & Forman LLP**
1075 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30309
Telephone: 404-815-3000
Facsimile: 404-817-3244

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2025, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all attorneys of record.

                                                    */s/Tala Amirfazli*
                                                    Tala Amirfazli
                                                    Georgia Bar No. 532890
                                                    tamirfazli@burr.com

**Burr & Forman LLP**
1075 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30309
Telephone:  404-815-3000
Facsimile:  404-817-3244