IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MORAN TOWING CORPORATION, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-157 |
| v. | |
| M/V KOTOR, IMO: 9575981, | |
| Defendant. | |

**O R D E R**

Plaintiff Moran Towing Corporation filed this case on June 27, 2025. (Doc. 1.) On October 1, 2025, Plaintiff filed a Notice of Dismissal. (Doc. 22.) Defendant has not filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED**. (See id.) The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 6th day of October, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA